IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3401 |
| | : | |
| **WELL PATH,** *et al.* | : | |

# ORDER

**AND NOW**, this 20th day of July 2020, consistent with our obligation to independently screen a Complaint filed an incarcerated plaintiff accompanied with a Motion for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1, 3), further mindful of the incarcerated *pro se* Plaintiff's Motion for a mandatory preliminary injunction (ECF Doc. No. 2), his supplemental Memorandum regarding imminent harm (ECF Doc. No. 4) and "Declaration of Indigence" (ECF Doc. No. 5), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The incarcerated *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 3) is **DENIED** consistent with 28 U.S.C. § 1915;

2. We grant Plaintiff leave to, on or before **August 24, 2020**, either file an amended Complaint which pleads facts of imminent physical danger consistent with Congress' mandate or pay the filing fee or we will close this case for lack of prosecution;

3. We **DENY** Plaintiff's Motion for a mandatory preliminary injunction (ECF Doc. No. 2) without prejudice to be renewed should the case proceed, and he can establish a clear indisputable right to his requested mandatory relief; and,

4. The Clerk of Court shall not issue summons until further Order.

_____
**KEARNEY, J.**