IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-3401** |
| | : | |
| **WELL PATH,** *et al.* | : | |

# ORDER

**AND NOW**, this 19th day of August 2020, upon considering the *pro se* incarcerated Plaintiff's third attempt to overcome Congress's filing bar under 28 U.S.C. § 1915(g) through his proposed second amended Complaint (ECF Do. No. 13) in which he now alleges a potential spread of COVID-19 in either SCI Dallas or SCI Phoenix overcomes Congress's bar on filing complaints without paying the requisite filing fees after we barred his further abuse of proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), consistent with our July 20, 2020 and August 7, 2020 Orders (ECF Doc. Nos. 7, 12) addressing his earlier attempts and giving him leave to now try three times to plead imminent danger of serious physical injury to excuse his filing fee obligations, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff may not proceed on his amended Complaint *in forma pauperis* under 28 U.S.C. § 1915;

2. The Plaintiff remains obligated to pay the filing fees under our July 20, 2020 Order (ECF Doc. No. 7), by no later than **August 24, 2020** or we will direct the Clerk of Court to close this case; and,

2

3. Mindful of the ongoing delays with mailing due to staff restrictions, we will today mail this Order and accompanying Memorandum from Chambers to the Plaintiff at his new address at SCI-Dallas.

_____
**KEARNEY, J.**